**Motion Denied; Petition for Writ of Habeas Corpus Denied and Memorandum Opinion filed October 8, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00733-CV

---

## IN RE TAYLOR CHARLES MOSS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 484673**

---

## MEMORANDUM OPINION

On October 3, 2024, relator Taylor Charles Moss filed a petition for writ of habeas corpus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jerry W. Simoneaux, Jr., presiding judge of the Probate Court No. 1 of Harris County, to vacate the trial court's September 13, 2024, Judgment of Civil Contempt and Order

of Confinement.  Relator acknowledges that he has been released from custody, but contends that his liberty is still subject to restraint.

Relator has not established that he is entitled to relief.  Accordingly, we deny relator's petition for writ of habeas corpus.

PER CURIAM

Panel consists of Justices Wise, Hassan, and Poissant.